UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**   2:26-cv-06845-BFM                          **Date:**   June 24, 2026

**Title:**   *Rigoberto Zendejas Trujillo v. Markwayne Mullin, et al.*

==================================================================

Present:   The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings:**   **(In Chambers) Order to Show Cause re Pro Hac Vice Application (ECF 2)**

On June 23, 2026, T. Laura Lui, Esq., submitted an Application to appear pro hac vice on behalf of Petitioner Rigoberto Zendejas Trujillo. (ECF 2.) Pursuant to the Local Rules of the Central District of California, a pro hac vice application must designate Local Counsel who (1) is a member of the Bar of this Court, and (2) maintains an office within this District for the practice of law, in which the attorney is physically present on a regular basis to conduct business. C.D. Local Rule 83-2.1.3.4. The individual designated as Local Counsel here does not appear to have an office located in this District. (ECF 2.)

**No later than June 30, 2026**, Petitioner is ordered to show cause why the pro hac vice Application (ECF 2) should not be **denied without prejudice**. Alternatively, counsel may file an amended application designating Local Counsel in compliance with the requirements of Local Rule 83-2.1.3.4.

**IT IS SO ORDERED.**

Initials of Preparer:   ___ch___

Page **1** of **1**