JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| RIGOBERTO ZENJEDAS TRUJILLO,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | No. 2:26-cv-06845-BFM<br>**JUDGMENT** |

On July 17, 2026, the Court issued an order granting the Petition as to Count One and enjoined Respondents from continuing to detain Petitioner unless he was provided with an individualized bond hearing before an IJ within seven days of the date of the Order. (ECF 14 at 3.) Petitioner has not filed a status report indicating a problem with compliance with the Court's order in the time allowed by the Court, and Petitioner no longer appears in the ICE detainee locator.

Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted as to Count One. The Clerk of Court is directed to close this case.

DATED: July 27, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE